**Electronically Filed
Supreme Court
SCWC-21-0000387
14-NOV-2022
07:57 AM
Dkt. 9 ODAC**

SCWC-21-0000387

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

AB, Petitioner/Petitioner-Appellant,

vs.

MF, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000387; FC-P NO. 18-1-0175)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari filed on October 11, 2022, deemed filed on October 10, 2022 by order of this court, by Petitioner/Petitioner-Appellant AB is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 14, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

